

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2021

No. 04-21-00343-CV

**IN RE SATURNINO NIRA AND ASPHALT INC. L.L.C.,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23616
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Original Proceeding[1]

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

On August 17, 2021, relators filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. This court granted the stay and requested responses, which are due September 21, 2021.

On September 2, 2021, relators filed an unopposed motion to abate this original proceeding for thirty days to allow the parties to settle the underlying suit. The motion is GRANTED and all deadlines are held in abeyance pending further order of this court. Relators are ORDERED to file a motion to extend the abatement, reinstate this original proceeding, or dismiss this original proceeding **no later than October 8, 2021**.

It is so **ORDERED** September 3, 2021.

---

[1] This proceeding arises out of Cause No. 2018-CI-23616, styled *Alyson Lewis v. Saturnin Nira and Asphalt Inc. LLC d/b/a Lone Star Paving*, pending in the 288th Judicial District Court, Bexar County, Texas. The orders at issue in this original proceeding were signed by the Honorable Angelica Jimenez, Presiding Judge of the 408th Judicial District Court, Bexar County, Texas; the Honorable David Canales, Presiding Judge of the 73rd Judicial District Court, Bexar County, Texas; the Honorable Tina Torres, Presiding Judge of the 407th Judicial District Court, Bexar County, Texas; and the Honorable Cynthia Marie Chapa, Presiding Judge of the 288th Judicial District Court, Bexar County, Texas.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT